1118

## Elbert SMITH v. STATE.
### No. 17790.

Court of Criminal Appeals of Texas.

June 12, 1935.

J. P. Simpson, of Jacksboro, for appellant.

Lloyd. W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Jim WADE v. STATE.
### No. 17640.

Court of Criminal Appeals of Texas.

June 12, 1935.

J. E. Clarke, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for fifteen years.

The indictment appears regular and properly presented.

The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

## J. E. WALKER v. STATE.
### No. 17626.

Court of Criminal Appeals of Texas.

June 12, 1935.

W. T. Locke and J. Earle Kuntz, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for misdemeanor theft; punishment, six months in the county jail.

This record is here without statement of facts or bills of exception. The affidavit and information, as well as the charge of the court and the judgment, are correct in form.

No error appearing, the judgment will be affirmed.

## FLORY & ALBERS DISTRIBUTORS, Inc., et al., Appellants, v. Rudolph ALLERKAMP, Appellee.
### No. 9640.

Court of Civil Appeals of Texas. San Antonio.

June 12, 1935.

McCloskey & Wasoff, of San Antonio, for appellants.

Hull & Oliver, of San Antonio, for appellee.

PER CURIAM.
Affirmed.